UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0436-SBA |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SHAUN SHINKYU KIM, | ) | |
| Defendant. | ) | |
| | ) | |

The parties jointly requested that the change of plea and sentencing hearing in this matter scheduled for October 27, 2009 be continued to December 15, 2009 at 10:00 a.m. The reason for the requested continuance is because counsel for defendant will be out of the country. The parties further requested that time be excluded under the Speedy Trial Act between October 27, 2009 and December 15, 2009.

Good cause appearing therefore, and pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) ,

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on December 15, 2009 at 10:00 a.m., and that the time between October 27, 2009 and December 15, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv), for continuity of counsel.

IT IS SO ORDERED.

DATED:_10/27/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge